**No. 09-9996. Stefen D. Petzold, Petitioner v. Justin Jones, Director, Oklahoma Department of Corrections.**

560 U.S. 955, 130 S. Ct. 3394, 177 L. Ed. 2d 308, 2010 U.S. LEXIS 4632.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 349 Fed. Appx. 295.

**No. 09-9999. Anthony Ray Johnson, Petitioner v. Texas Board of Pardons and Paroles.**

560 U.S. 955, 130 S. Ct. 3395, 177 L. Ed. 2d 308, 2010 U.S. LEXIS 4686.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 362 Fed. Appx. 416.

**No. 09-10000. Harvey E. Larson, Petitioner v. Mike McDonald, Warden, et al.**

560 U.S. 955, 130 S. Ct. 3387, 177 L. Ed. 2d 308, 2010 U.S. LEXIS 4649.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-10003. Donald Wackerly, II, Petitioner v. Randall G. Workman, Warden.**

560 U.S. 955, 130 S. Ct. 3387, 177 L. Ed. 2d 308, 2010 U.S. LEXIS 4678.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 580 F.3d 1171.

**No. 09-10009. Joseph Giovanazzi, as Co-Trustee of the Aida Madeline Lebbos Trust II, Petitioner v. Linda Schuette, et al.**

560 U.S. 955, 130 S. Ct. 3388, 177 L. Ed. 2d 308, 2010 U.S. LEXIS 4667.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-10010. Patricia Ann Ingle, Petitioner v. Deutsche Bank National Trust Company.**

560 U.S. 956, 130 S. Ct. 3388, 177 L. Ed. 2d 308, 2010 U.S. LEXIS 4626, 

June 7, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Cuyahoga County, denied.

**No. 09-10017. Samuel Espinoza, Petitioner v. Scott Kernan, Warden.**

560 U.S. 956, 130 S. Ct. 3388, 177 L. Ed. 2d 308, 2010 U.S. LEXIS 4608.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 362 Fed. Appx. 704.